GEORGE B. SCOVILLE, as Receiver, etc., Appellant, *v.* BRONSON
A. SHED et al., Respondents.

(Argued April 17, 1890; decided June 3, 1890.)

APPEAL from judgment of the General Term of the Supreme
Court in the fourth judicial department, entered upon an order
made November 9, 1886, which affirmed a judgment in favor
of defendants entered upon a decision of the court on trial at
Special Term.

*Wayland F. Ford* for appellant.

*E. C. Emerson* for respondent.

Agree to affirm ; no opinion.

All concur except FOLLETT. Ch. J.. not sitting, and VANN, J.,. not voting.

Judgment affirmed.